IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL ACTION NO. 5:16-CV-143-RLV-DCK

| | |
|---|---|
| **RICHEY BROTHERS TRUCKING, LLC,** )<br>)<br>Plaintiff/Counterclaim Defendant, )<br>)<br>v. )<br>)<br>**WEST COAST DISTRIBUTING, INC.,** )<br>)<br>Defendant/Counterclaim Plaintiff, )<br>)<br>and )<br>)<br>**LEONARD'S EXPRESS, INC.,** )<br>)<br>Defendant. )<br>) | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** on "Defendant Leonard's Express Inc.'s Motion To File Under Seal" (Document No. 36) filed February 20, 2017. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion, the record, and noting consent of Plaintiff and Defendant West Coast Distributing, Inc., the undersigned will grant the motion.

**IT IS, THEREFORE, ORDERED** that "Defendant Leonard's Express Inc.'s Motion To File Under Seal" (Document No. 36) is **GRANTED**. Defendant Leonard's Express Inc. may file the Asset Purchase Agreement ("APA") under seal. The APA shall remain under seal until otherwise ordered by this Court.

**SO ORDERED**.

Signed: February 21, 2017

_____
David C. Keesler
United States Magistrate Judge