# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION
# CIVIL ACTION NO. 5:16-CV-143-RJC-DCK

| | |
|---|---|
| **RICHEY BROTHERS TRUCKING, LLC,** | ) |
| Plaintiff/Counterclaim Defendant, | ) |
| v. | ) **ORDER** |
| **WEST COAST DISTRIBUTING, INC.,** | ) |
| Defendant/Counterclaim Plaintiff, | ) |
| and | ) |
| **LEONARD'S EXPRESS, INC.,** | ) |
| Defendant. | ) |

**THIS MATTER IS BEFORE THE COURT** on the "Joint Motion To Amend Discovery Scheduling Order And Modifying Mediator Designation" (Document No. 54) filed September 19, 2017. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, and noting consent of the parties, the undersigned will grant the motion, with modification.

**IT IS, THEREFORE, ORDERED** that the "Joint Motion To Amend Discovery Scheduling Order And Modifying Mediator Designation" (Document No. 54) is **GRANTED with modification**, and the Pre-Trial Order and Case Management Plan is amended as follows:

1. The Discovery Completion deadline is **October 29, 2017**;
2. The Mediation Report deadline is **November 30, 2017**;
3. The Motions Deadline is **December 4, 2017**; and
4. The trial ready date is **March 5, 2018**.

**IT IS FURTHER ORDERED** that, due to scheduling conflicts, attorney Richard Boyette will no longer serve as the mediator in this matter; attorney Frank Goldsmith will serve as mediator in his stead. The Court thanks both of these attorneys for their willingness to serve.

**SO ORDERED**.

Signed: September 20, 2017

David C. Keesler
United States Magistrate Judge