IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL ACTION NO. 5:16-CV-143-RJC-DCK

| | |
|---|---|
| RICHEY BROTHERS TRUCKING, LLC, | ) |
| Plaintiff, | ) |
| v. | ) **ORDER** |
| WEST COAST DISTRIBUTING, INC., | ) |
| Defendant/Counterclaim Plaintiff, | ) |
| And | ) |
| LEONARD'S EXPRESS, INC., | ) |
| Defendant. | ) |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* And Affidavit" (Document No. 56) filed by C. Fredric Marcinak, concerning Peter A. Biagetti on November 10, 2017. Mr. Peter A. Biagetti seeks to appear as counsel *pro hac vice* for Defendant West Coast Distributing, Inc. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* And Affidavit" (Document No. 56) is **GRANTED.** Mr. Peter A. Biagetti is hereby admitted *pro hac vice* to represent Defendant West Coast Distributing, Inc.

**SO ORDERED**.

Signed: November 13, 2017

David C. Keesler
United States Magistrate Judge