# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION
# CIVIL ACTION NO. 5:16-CV-143-RJC-DCK

| | |
|---|---|
| RICHEY BROTHERS TRUCKING, LLC, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) **ORDER** |
| LEONARD'S EXPRESS, INC.<br>WEST COAST DISTRIBUTING, INC., | )<br>)<br>)<br>) |
| Defendants. | )<br>) |

**THIS MATTER IS BEFORE THE COURT** *sua sponte* regarding settlement of this case. The mediator, C. Frank Goldsmith, Jr., filed a "Report Of Mediator In Federal Court Action" (Document No. 58) notifying the Court that the parties reached a settlement on November 20, 2017. The Court commends the mediator, counsel, and the parties for their efforts in resolving this matter.

**IT IS, THEREFORE, ORDERED** that the parties shall file a Stipulation of Dismissal in this case on or before **December 21, 2017**.

**SO ORDERED**.

Signed: November 21, 2017

David C. Keesler
United States Magistrate Judge